

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00031-CV

| | | |
|---|---|---|
| ROY UPSHAW AND R&S UPSHAW FRANCHISING, LLC, Appellants | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-293316-17) |
| V. | § | July 22, 2021 |
| LACADO, LLC; ANDREW K. WILSON; CADE WILSON; AND CARRD, LLC, Appellees | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's final judgment. It is ordered that the final judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's final judgment awarding attorney's fees in favor of appellee Lacado, LLC and remand the attorney's-fees issue to the trial court for a new trial. We affirm the remainder the trial court's final judgment.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker